# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| | BEFORE: Hon. Eric C. Tostrud |
| | United States District Judge |
| Plaintiff, | |
| v. | Case No.: 22-CR-120(2) (ECT/ECW) |
| | Date: November 12, 2024 |
| AXEL RENE KRAMER, | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| | Courtroom: 7D |
| | Time in Court: 1:05 p.m. – 2:00 p.m. |
| Defendant. | Total Sealed Time: 55 Minutes |

**APPEARANCES:**

   For Plaintiff:   Harry Jacobs, United States Attorney's Office
   For Defendant:   Daniel Repka
   ☐ FPD, ☐ CJA, ☒ Retained, ☐ Appointed

Interpreter/Language:   None / English

☒ Hearing held on objections to the presentence report.
☒ Sentencing Hearing.

**IT IS ORDERED:**

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 180 Months | | 10 years | | |

☒ Special Conditions of:        *See J&C for special conditions.*

☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100.00 for Count 1.
☒ ECF Nos. 108, 109, 110, and 121 to be sealed until 11/12/2044.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/ R. Morton<br>Courtroom Deputy