# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## SENTENCING HEARING

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>FAITH ROSE GRATZ,<br><br>                      Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.: 22-CR-120(1) (ECT/ECW)<br>Date: November 15, 2024<br>Court Reporter: Tim Willette<br>Courthouse: St. Paul<br>Courtroom: 7D<br>Time in Court: 11:21 a.m. – 12:06 p.m.<br>Total Time: 45 Minutes |

## APPEARANCES:

    For Plaintiff:    Harry Jacobs, United States Attorney's Office
    For Defendant:    Samuel Edmunds, Sieben Edmunds Miller PLLC
                            ☒ FPD, ☐ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:    None / English

☒ Sentencing

## IT IS ORDERED:

Defendant is sentenced as follows:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X |  | 27 Months |  | 2 Years |  |  |

☒ Special Conditions of:    *See J&C for special conditions.*

☒ Defendant sentenced to pay:
        ☒ Special assessment in the amount of $100.00 for Count 1
☒ Count 2 dismissed by Government motion.
☒ Defendant released on conditions previously imposed pending voluntary surrender.

                                                                                s/ R. Morton
                                                                             Courtroom Deputy